| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ROGANLEHRMAN LLP<br>KATE S. LEHRMAN [Bar No. 123050]<br>JACQUELINE BRUCE CHINERY [Bar No. 187544]<br>ANDREA K. LENHARDT [Bar No. 265261]<br>12121 Wilshire Boulevard, Suite 1300<br>Los Angeles, CA  90025<br>(310) 917-4500<br>(310) 917-5677 (FAX) |

**JS-6**

Attorneys for Defendant
JAGUAR LAND ROVER NORTH AMERICA, LLC

LAW OFFICES OF ALAN R. GOLDEN
Alan R. Golden, Esq.
6303 Owensmouth Avenue
10th Floor
Woodland Hills, CA  91367
(818) 784-1224
(818) 222-1556 (FAX)

Attorney for Plaintiff
ANI GRIGORYAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANI GRIGORYAN,<br><br>              Plaintiff,<br><br>       v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC, and Doe 1 through DOE 10, inclusive,<br><br>              Defendants. | Case No. CV 12-716-GW(JEMx)<br><br>Hon. George H. Wu<br>Rm. G-8<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>DISCOVERY CUT-OFF:   08/21/12<br>MOTION CUT-OFF:         10/18/12<br>TRIAL DATE:                    12/04/12 |

///

///

///

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE**

1  Having reviewed the Stipulation of Dismissal With Prejudice, signed by
2  Plaintiff Ani Grigoryan and Defendant Jaguar Land Rover North America, LLC,
3  and upon a finding of good cause, the Court hereby dismisses the above-captioned
4  action in its entirety, with prejudice.
5  IT IS SO ORDERED.
6
7
8  Dated: November 19, 2012  _____
   Hon. George H. Wu
9  Judge of the United States District Court
   For the Central District of California